# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

ANTONIO T. WALTON,

    Petitioner,

v.

EDWARD PHILBIN, Warden,

    Respondent.

CIVIL ACTION NO.: 4:19-cv-110

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's May 28, 2019 Report and Recommendation, (doc. 16), to which no Objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation that petitioner's § 2254 petition be dismissed as untimely. The Court thus **DISMISSES** Walton's petition, and **DIRECTS** the Clerk of Court to **CLOSE** this case.[1]

**SO ORDERED**, this 2nd day of July, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Applying the Certificate of Appealability (COA) standards set forth in *Brown v. United States*, 2009 WL 307872 at * 1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation, so no COA will issue either. 28 U.S.C. § 2253(c)(1); Rule 11(a) of the Rules Governing Habeas Corpus Cases Under 28 U.S.C. § 2254 ("The district court *must* issue or deny a certificate of appealability when it enters a final order adverse to the applicant.") (emphasis added). Any motion for leave to appeal *in forma pauperis* therefore is moot.