# United States District Court
## Southern District of Georgia

ANTONIO T. WALTON,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19-cv-110

EDWARD PHILBIN, Warden,

Respondent

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated July 2, 2019, adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of the Court, Walton's petition is dismissed as untimely. This case stands closed.

Approved by: _____

July 19, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk